PD-1331&1332-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/9/2015 2:56:52 PM
Accepted 10/9/2015 3:38:02 PM
ABEL ACOSTA
CLERK

In the
Court of Criminal Appeals of Texas

Cause Nos. 01-14-00744-CR & 01-14-00745-CR
In the
Court of Appeals for the First District of Texas
at Houston

ARTAVIOUS DEON HOLLINS
*Appellant*

**FILED IN**
**COURT OF CRIMINAL APPEALS**

v.

October 9, 2015

THE STATE OF TEXAS
*Appellee*

ABEL ACOSTA, CLERK

_____

MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR
DISCRETIONARY REVIEW

_____

Pursuant to Rules 68.2(c), 10.5(b) and 9.3(b) Appellant respectfully requests this Court to grant this motion for extension of time to file Appellant's Petition for Discretionary Review, and offers the following facts in support of this request:

1.  Appellant's conviction was affirmed in the Court of Appeals for the Fourteenth District of Texas on August 27, 2015.  No motion for rehearing was filed.

2.  Appellant's Petition For Discretionary Review was due on September 28, 2015.

3.  No previous extension has been requested.  The undersigned attorney is responsible for several other cases and needed additional time to prepare a petition.

4.  The undersigned respectfully requests an extension until October 9, 2015 to file his Petition for Discretionary Review.

Appellant respectfully prays this Honorable Court grant his motion for extension of time to file his petition for discretionary review.

Respectfully submitted,

____/s/ Casey Garrett____
Casey Garrett
4010 Bluebonnet, Ste. 204
Houston, Texas  77025
(713) 228-3800
Texas Bar No. 00787197
Casey.garrett@sbcglobal.net

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been served

through the e-file system to the following recipient:

Harris County Office of the District Attorney
Appellate Division
1201 Franklin, Suite 600
Houston, Texas  77002


_____/s/ Casey Garrett_____
Casey Garrett
4010 Bluebonnet, Ste. 204
Houston, Texas  77025
(713) 228-3800
Texas Bar No. 00787197